LYNN H. PASAHOW (CSB NO. 054283)
VIRGINIA K. DEMARCHI (CSB NO. 168633)
DARREN E. DONNELLY (CSB NO. 194335)
CAROLYN CHANG (CSB NO. 217933)
HECTOR J. RIBERA (CSB NO. 221511)
KIMBERLY I. CULP (CSB NO. 238839)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFINED RECOMMENDATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 3:08-CV-01081-MEJ<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT NETFLIX, INC.** |

Lynn H. Pasahow, Virginia K. DeMarchi, Darren E. Donnelly, Carolyn Chang, Hector J. Ribera, and Kimberly I. Culp ("Defendant's Counsel") hereby enter their appearance on behalf of Defendant Netflix, Inc.

All pleadings, notices and other papers in the above-captioned action should be served as follows:

| | |
|---|---|
| Lynn H. Pasahow | lpasahow@fenwick.com |
| Virginia K. DeMarchi | vdemarchi@fenwick.com |
| Darren E. Donnelly | ddonnelly@fenwick.com |
| Carolyn Chang | cchang@fenwick.com |
| Hector J. Ribera | hribera@fenwick.com |

1    Kimberly I. Culp          kculp@fenwick.com

3    FENWICK & WEST, LLP
     Silicon Valley Center
4    801 California Street
     Mountain View, CA  94041

Dated: March 7, 2008                    FENWICK & WEST LLP

                                        By:*/s/ Kimberly I. Culp*
                                            Kimberly I. Culp

                                        Attorneys for Defendant
                                        NETFLIX, INC.

23910/00404/LIT/1281433.2

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

NOTICE OF APPEARANCE            2            CASE NO.  3:08-CV-01081-MEJ