```
LYNN H. PASAHOW (CSB NO. 054283)
VIRGINIA K. DEMARCHI (CSB NO. 168633)
DARREN E. DONNELLY (CSB NO. 194335)
CAROLYN CHANG (CSB NO. 217933)
HECTOR J. RIBERA (CSB NO. 221511)
KIMBERLY I. CULP (CSB NO. 238839)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
NETFLIX, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFINED RECOMMENDATION CORPORATION,<br><br>Plaintiff(s),<br><br>v.<br><br>NETFLIX, INC.<br><br>Defendant(s)._____/ | No. C 3:08-CV-01081-MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 7, 2008

Signature: [signed]

Counsel for Defendant Netflix, Inc.
(Plaintiff, Defendant, or indicate "pro se")