# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

REFINED RECOMMENDATION CORP., )
                              )     CASE NO. C-08-1081 MEJ
          Plaintiff(s)        )
     v.                       )     **NOTICE OF IMPENDING**
                              )     **REASSIGNMENT TO A**
                              )     **UNITED STATES**
NETFLIX.                      )     **DISTRICT COURT JUDGE**
                              )
          Defendant(s)        )

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__  (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____  (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____  (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: April 25, 2008

_____
Maria Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk