**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                               415.522.2000


**April 28, 2008**

**CASE NUMBER:  CV 08-01081 MEJ**
**CASE TITLE:  REFINED RECOMMENDATION CORP-v-NETFLIX INC**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 4/28/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                      Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                       Entered in Computer 4/28/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA