UNITED STATES DISTRICT COURT

Northern District of California

REFINED RECOMMENDATION
CORPORATION,

CASE NO. 3:08-cv-1081 (JSW)

Plaintiff(s),

v.

NETFLIX, INC.,

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).

Jean-Marc Zimmerman , an active member in good standing of the bar of U.S. District Court for the District of New Jersey whose business address and telephone number (particular court to which applicant is admitted) is

226 St. Paul Street, Westfield, NJ 07090

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Refined Recommendation Corporation .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District Judge
Jeffrey S. White