# ZIMMERMAN, LEVI & KORSINSKY, L.L.P.
### 226 ST. PAUL STREET
### WESTFIELD, NEW JERSEY 07090

TEL: (908) 654-8000
FAX: (908) 654-7207

WRITER'S E-MAIL
jmzimmerman@zlk.com

May 7, 2008

Hon. Jeffrey S. White, U.S.D.J.
U.S. District Court for the
Northern District of California
450 Golden Gate Ave.
Courtroom 2, 17th Floor
San Francisco, CA 94102

      Re:   Refined Recommendation Corporation v. Netflix, Inc.
              Case No. 3:08-CV-1081 (JSW)

Dear Judge White:

      I represent the plaintiff Refined Recommendation Corporation in the above-identified matter. In an Order dated May 5, 2008, the Court scheduled a Case Management Conference ("CMC") for June 6, 2008 at 1:30 p.m. I am writing with the consent of Virginia DeMarchi, counsel for defendant Netflix, Inc., to respectfully request permission to appear at the CMC telephonically. Thank you for considering my request.

                                 Respectfully submitted,

                                 Jean-Marc Zimmerman

JMZ/nm
cc: Virginia K. DeMarchi, Esq.