Jean-Marc Zimmerman (Pro Hac Vice)
Zimmerman, Levi & Korsinsky, L.L.P.
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

Todd A. Noah (SBN 152328)
Dergosits & Noah LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

Attorneys for Plaintiff Refined Recommendation Corporation

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REFINED RECOMMENDATION CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br>         Defendant. | Civil Action No. C 08-CV-01081 JSW<br><br>CERTIFICATE OF SERVICE IN ACCORDANCE WITH CIVIL L. R. 5-6(a) |

I, Jean-Marc Zimmerman hereby certify as follows:

1.     I am counsel for Plaintiff Refined Recommendation Corporation in the above-identified matter.

2.     Earlier today I served a copy of the Court's Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement dated 5/508 on defendant Netflix, Inc.'s counsel by delivering the same by e-mail to

Virginia K. DeMarchi, Esq. of Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041 at VDeMarchi@fenwick.com.

    3.    I certify that the foregoing statements made by me are true and that if they are willfully false, I am subject to punishment.

> By: /s/Jean-Marc Zimmerman
> Jean-Marc Zimmerman (Pro Hac Vice)
> Zimmerman, Levi & Korsinsky, LLP
> 226 St. Paul Street
> Westfield, New Jersey 07090
> Tel: (908) 654-8000
> Fax: (908) 654-7207
> Attorneys for Plaintiff

Dated: May 7, 2008
       Westfield, New Jersey