Jean-Marc Zimmerman (Pro Hac Vice)
Zimmerman, Levi & Korsinsky, L.L.P.
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

Todd A. Noah (SBN 152328)
Dergosits & Noah LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

Attorneys for Plaintiff Refined Recommendation Corporation

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REFINED RECOMMENDATION CORPORATION,<br><br>                       Plaintiff,<br><br>            v.<br><br>NETFLIX, INC.,<br>                       Defendant. | Civil Action No. C 08-CV-01081 JSW<br><br>REQUEST OF PLAINTIFF'S COUNSEL JEAN-MARC ZIMMERMAN PURSUANT TO CIVIL L. R. 16-10(a) FOR PERMISSION TO APPEAR TELEPHONICALLY AT JUNE 6, 2008 CASE MANAGEMENT CONFERENCE (CMC); AND<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CMC<br><br>CMC DATE: June 6, 2008<br>CMC Time:   1:30 p.m.<br>Courtroom:    2<br><br>The Honorable Jeffrey S. White |

Pursuant to Civil L. R. 16-10(a), counsel for Plaintiff Refined Recommendation Corporation, Jean-Marc Zimmerman ("Zimmerman"), requests the Court's permission to participate in the June 6, 2008 Case Management Conference by telephone.

1

This request is made on the grounds that Attorney Zimmerman has a pre-existing family commitment will prevent him from traveling to the Court's location at 450 Golden Gate Ave., San Francisco, California 94102 from his office in Westfield, New Jersey 07090 to attend the Case Management Conference.

This request is and will be based on this application, the accompanying Declaration of Jean-Marc Zimmerman setting forth the proper notice and facts supporting this matter, the Proposed Order, and all pleadings and papers on file in this action.

The name, address, telephone number and e-mail address of the attorney representing the defendant is set forth in the attached Certificate of Service.

By: /s/Jean-Marc Zimmerman
Jean-Marc Zimmerman (Pro Hac Vice)
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, New Jersey 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for Plaintiff

Date: May 8, 2008
     Westfield, New Jersey

**ORDER**

The Court has reviewed and considered the Request of Plaintiff's Counsel Jean-Marc Zimmerman for Permission to Appear Telephonically at the June 6, 2008 Case Management Conference.

**GOOD CAUSE APPEARING**, Attorney Zimmerman's request to appear telephonically at the June 6, 2008 Case Management Conference on behalf of Plaintiff Refined Recommendation Corporation is hereby granted

**IT IS SO ORDERED**.

Dated:_____

Hon. Jeffrey S. White, U.S.D.J.

CERTIFICATE OF SERVICE

I hereby certify and declare that on May 8, 2008, I served a copy of the Request of Plaintiff's Counsel Jean-Marc Zimmerman Pursuant to Civil L. R. 16-10(a) for Permission to Appear Telephonically at June 6, 2008 Case Management Conference (CMC) and [Proposed] Order Granting Request to Appear Telephonically at June 6, 2008 CMC on defendant Netflix, Inc.'s counsel

Virginia K. DeMarchi, Esq.<br>
Fenwick & West LLP<br>
Silicon Valley Center<br>
801 California Street<br>
Mountain View, California 94041<br>
Tel: (650) 335-7967

by delivering the same via the Court's CM/ECF system and by e-mail sent to Ms. DeMarchi at VDeMarchi@fenwick.com. I certify that the foregoing statements made by me are true and that if they are willfully false, I am subject to punishment.

By:/s/Jean-Marc Zimmerman

1 | Jean-Marc Zimmerman (Pro Hac Vice)
2 | Zimmerman, Levi & Korsinsky, L.L.P.
    | 226 St. Paul Street
3 | Westfield, NJ 07090
    | Tel: (908) 654-8000
4 | Fax: (908) 654-7207

5 | Todd A. Noah (SBN 152328)
    | Dergosits & Noah LLP
6 | Four Embarcadero Center, Suite 1450
7 | San Francisco, California 94111
    | Telephone: (415) 705-6377
8 | Facsimile: (415) 705-6383

9 | Attorneys for Plaintiff Refined Recommendation Corporation

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| REFINED RECOMMENDATION CORPORATION, | ) Civil Action No. C 08-CV-01081 JSW |
|---|---|
| Plaintiff, | ) DECLARATION OF PLAINTIFF'S COUNSEL JEAN-MARC ZIMMERMAN IN SUPPORT OF REQUEST PURSUANT |
| v. | ) TO CIVIL L. R. 16-10(a) FOR PERMISSION TO APPEAR TELEPHONICALLY AT |
| NETFLIX, INC., | ) JUNE 6, 2008 CASE MANAGEMENT |
| Defendant. | ) CONFERENCE |
| | ) CMC DATE: June 6, 2008 |
| | ) CMC Time:   1:30 p.m. |
| | ) Courtroom:   2 |
| | The Honorable Jeffrey S. White |

I, Jean-Marc Zimmerman, hereby declare and state as follows:

   1.   I am a principal in the law firm of Zimmerman, Levi & Korsinsky, L.L.P., counsel for the Plaintiff Refined Recommendation Corporation in this action. I am an attorney at law licensed to practice in New Jersey, New York and Connecticut and was admitted *pro hac vice* to appear in this matter before this Court. I have personal knowledge of the facts stated in this declaration and can and would testify to the matters

1

1. set forth below if called upon to do so.

2. Pursuant to Civil L. R. 16-10(a), I make this declaration in support of my request for permission to appear telephonically at the June 6, 2008 Case Management Conference.

**REASONS FOR THE REQUEST TO APPEAR TELEPHONICALLY**

3. The Case Management Conference in this action is scheduled to take place on June 6, 2008, at 1:30 p.m., in Courtroom 2 of this Court, located at 450 Golden Gate Ave., San Francisco, California 94102.

4. My office is located at 226 St. Paul Street, Westfield, NJ 07090.

5. Due to a pre-existing family commitment on the evening of Friday, June 6, 2008, I will be unable to fly to California to appear in person at the Case Management Conference.

6. My local counsel, Todd Noah of Dergosits & Noah LLP is prepared to attend the Case Management Conference in person on behalf of the Plaintiff.

7. I notified Defendant's counsel Virginia K. DeMarchi of Fenwick & West LLP of my intention to make this request of the Court and she consents to my attending telephonically.

8. I am available to the Court at 1:30 p.m. on June 6, 2008 to participate telephonically in the Case Management Conference. Subject to the Court's preference and order, I can call into Judge White's courtroom (Courtroom 2), be available to be called (my direct land line work telephone number is (908) 654-7400), or appear telephonically through a third-party conferencing provider.

9. I declare under the laws of the United States that the foregoing is true and correct.

By: /s/Jean-Marc Zimmerman
Jean-Marc Zimmerman (Pro Hac Vice)
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, New Jersey 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for Plaintiff

Date: May 8, 2008
      Westfield, New Jersey

CERTIFICATE OF SERVICE

I hereby certify and declare that on May 8, 2008, I served a copy of the Declaration of Jean-Marc Zimmerman in Support of his Request Pursuant to Civil L. R. 16-10(a) for Permission to Appear Telephonically at June 6, 2008 Case Management Conference on defendant Netflix, Inc.'s counsel

Virginia K. DeMarchi, Esq.
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Tel: (650) 335-7967

by delivering the same via the Court's CM/ECF system and by e-mail sent to Ms. DeMarchi at VDeMarchi@fenwick.com. I certify that the foregoing statements made by me are true and that if they are willfully false, I am subject to punishment.

By:/s/Jean-Marc Zimmerman