Jean-Marc Zimmerman (Pro Hac Vice)
Zimmerman, Levi & Korsinsky, L.L.P.
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

Todd A. Noah (SBN 152328)
Dergosits & Noah LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

Attorneys for Plaintiff Refined Recommendation Corporation

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REFINED RECOMMENDATION CORPORATION,<br><br>                    Plaintiff,<br><br>      v.<br><br>NETFLIX, INC.,<br>                    Defendant. | Civil Action No. C 08-CV-01081 JSW<br><br>REQUEST OF PLAINTIFF'S COUNSEL JEAN-MARC ZIMMERMAN PURSUANT TO CIVIL L. R. 16-10(a) FOR PERMISSION TO APPEAR TELEPHONICALLY AT JUNE 6, 2008 CASE MANAGEMENT CONFERENCE (CMC); AND<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CMC<br><br>CMC DATE: June 6, 2008<br>CMC Time:   1:30 p.m.<br>Courtroom:   2<br><br>The Honorable Jeffrey S. White |

Pursuant to Civil L. R. 16-10(a), counsel for Plaintiff Refined Recommendation Corporation, Jean-Marc Zimmerman ("Zimmerman"), requests the Court's permission to participate in the June 6, 2008 Case Management Conference by telephone.

This request is made on the grounds that Attorney Zimmerman has a pre-existing family commitment will prevent him from traveling to the Court's location at 450 Golden Gate Ave., San Francisco, California 94102 from his office in Westfield, New Jersey 07090 to attend the Case Management Conference.

This request is and will be based on this application, the accompanying Declaration of Jean-Marc Zimmerman setting forth the proper notice and facts supporting this matter, the Proposed Order, and all pleadings and papers on file in this action.

The name, address, telephone number and e-mail address of the attorney representing the defendant is set forth in the attached Certificate of Service.

By: /s/Jean-Marc Zimmerman
Jean-Marc Zimmerman (Pro Hac Vice)
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, New Jersey 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for Plaintiff

Date: May 8, 2008
Westfield, New Jersey

**ORDER**

The Court has reviewed and considered the Request of Plaintiff's Counsel Jean-Marc Zimmerman for Permission to Appear Telephonically at the June 6, 2008 Case Management Conference.

**GOOD CAUSE APPEARING**, Attorney Zimmerman's request to appear telephonically at the June 6, 2008 Case Management Conference on behalf of Plaintiff Refined Recommendation Corporation is hereby granted

**IT IS SO ORDERED**.
Local counsel SHALL appear at the case management conference.

Dated: May 8, 2008

_____
Hon. Jeffrey S. White, U.S.D.J.