LYNN H. PASAHOW (CSB NO. 054283)
VIRGINIA K. DEMARCHI (CSB NO. 168633)
DARREN E. DONNELLY (CSB NO. 194335)
CAROLYN CHANG (CSB NO. 217933)
HECTOR J. RIBERA (CSB NO. 221511)
KIMBERLY I. CULP (CSB NO. 238839)
LAUREN E. WHITTEMORE (CSB NO. 255432)

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFINED RECOMMENDATION CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>            Defendant. | Case No. 3:08-cv-01081-JSW<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT NETFLIX, INC.** |

   Lauren E. Whittemore, Esq., of the law firm of Fenwick & West, LLP hereby enters her appearance in the above-captioned case on behalf of Netflix, Inc.

   For purposes of receipt of Notices of Electronic Filing, the e-mail address for Fenwick & West attorney Lauren E. Whittemore is: lwhittemore@fenwick.com.

/ / /

/ / /

/ / /

NETFLIX NOTICE OF APPEARANCE OF COUNSEL
CASE NO. 3:08-CV-01081-JSW

| | |
|---|---|
| Dated: May 27, 2008 | FENWICK & WEST LLP |

By: /s/ *Lauren E. Whittemore*
    LYNN H. PASAHOW
    VIRGINIA K. DEMARCHI
    DARREN E. DONNELLY
    CAROLYN CHANG
    HECTOR J. RIBERA
    KIMBERLY I. CULP
    LAUREN E. WHITTEMORE

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
NETFLIX, INC.