1  LYNN H. PASAHOW (CSB NO. 054283)
   lpasahow@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
3  DARREN E. DONNELLY (CSB NO. 194335)
   ddonnnelly@fenwick.com
4  KIMBERLY I. CULP (CSB NO. 238839)
   kculp@fenwick.com
5  LAUREN E. WHITTEMORE (CSB NO. 255432)
   lwhittemore@fenwick.com
6  FENWICK & WEST LLP
   Silicon Valley Center
7  801 California Street
   Mountain View, CA 94041
8  Telephone: (650) 988-8500
   Facsimile: (650) 938-5200

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REFINED RECOMMENDATION CORPORATION, | Case No. 3:08-CV-01081 (JSW) |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| NETFLIX, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there are no other interested parties to report.

CERT. OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:08-CV-01081 (JSW)

1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Dated: May 29, 2008

FENWICK & WEST LLP

By: /s/ *Lauren E. Whittemore*
    Lauren E. Whittemore

Attorneys for Defendant
NETFLIX, INC.