1  Jean-Marc Zimmerman (Pro Hac Vice)
   jmzimmerman@zlk.com
2  Zimmerman, Levi & Korsinsky, L.L.P.
3  226 St. Paul Street
   Westfield, NJ 07090
4  Tel: (908) 654-8000
   Fax: (908) 654-7207
5
6  Todd A. Noah (SBN 152328)
   tnoah@dergnoah.com
7  Dergosits & Noah LLP
   Four Embarcadero Center, Suite 1450
8  San Francisco, California 94111
   Telephone: (415) 705-6377
9  Facsimile: (415) 705-6383
10
   Attorneys for Plaintiff Refined Recommendation Corporation

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REFINED RECOMMENDATION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC.,<br>　　　　　　　Defendant. | Civil Action No. C 08-CV-01081 JSW<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PARTIES |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Acacia Research Corporation.

By: <u>/s/Jean-Marc Zimmerman</u>
　　Jean-Marc Zimmerman (Pro Hac Vice)
　　Zimmerman, Levi & Korsinsky, LLP

　　Attorneys for Plaintiff

Dated: May 29, 2008
　　　　Westfield, New Jersey