# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 6, 2008                **Court Reporter**: Sahar McVickar


**CASE NO. C-08-1081  JSW**

**TITLE:** Refine Recommendation Corp., v. Netflix


**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Todd Noah                            Lynn Pasahow
Jean-Marc Zimmerman (via telephone)  Virginia de Marchi


**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 6-13-08.

The parties stipulate that new patent rules shall apply.

**ADR:  Early Neutral Evaluation to be completed by: 9-4-08**

**Deadline to amend pleadings:  8-1-08**

**Discovery will be referred to a randomly assigned Magistrate Judge, however referral will not be made until June 20, 2008.**

**Claims Construction Tutorial:  1-21-09 at 2:00 p.m.**
**Claims Construction Hearing:  1-28-09 at 2:00 p.m.**

**Claims Construction briefs shall be due: 12-31-08**

**By 1-7-09, the parties shall file a separate condensed version of slides to be used by the Court at the tutorial.  Such filing shall be comprised of:**
- claims terms agreed to
- for each term to be construed, give claim term, plaintiff's construction and defendant's construction
- what is actually in dispute
- relevant specification citations
- anything else counsel deems helpful to the Court