1  JEAN-MARC ZIMMERMAN (*Pro Hac Vice*)
   jmzimmerman@zlk.com
2  ZIMMERMAN, LEVI & KORSINSKY, L.L.P.
3  226 St. Paul Street
   Westfield, NJ 07090
4  Tel: (908) 654-8000
   Fax: (908) 654-7207
5

6  TODD A. NOAH (SBN 152328)
   TNoah@DergNoah.com
7  DERGOSITS & NOAH LLP
   Four Embarcadero Center, Suite 1450
8  San Francisco, California 94111
   Telephone: (415) 705-6377
9  Facsimile: (415) 705-6383

10
   Attorneys for Plaintiff
11 REFINED RECOMMENDATION CORPORATION

12 LYNN H. PASAHOW (CSB NO. 054283)
   lpasahow@fenwick.com
13 VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
14 FENWICK & WEST LLP
   801 California Street
15 Mountain View, CA  94041
   Telephone: (650) 988-8500
16 Facsimile:  (650) 938-5200

17 Attorneys for Defendant
   NETFLIX, INC.

18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                        SAN FRANCISCO DIVISION

22

23 | REFINED RECOMMENDATION CORPORATION, | Case No. 3:08-CV-01081 (JSW) |
   |---|---|
   |             Plaintiff, | **JOINT STATEMENT DECLINING REFERRAL TO MAGISTRATE JUDGE** |
   |        v. | |
   | NETFLIX, INC., | |
   |             Defendant. | |

JOINT STATEMENT
Case No. 3:08-cv-01081 (JSW)

The parties hereby certify that:

(a) Counsel for each party have discussed whether to consent to referral of the case to a Magistrate Judge for all purposes, and specifically, have discussed the contents of the booklet "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California" with their respective clients; and

(b) upon consideration, the parties do not consent to referral of the case to a Magistrate Judge.

Dated: June 13, 2008          ZIMMERMAN, LEVI & KORSINSKY, L.L.P.

By     /s/ *Jean-Marc Zimmerman*
       Jean-Marc Zimmerman (*Pro Hac Vice*)

Attorneys for Plaintiff
REFINED RECOMMENDATION CORPORATION

Dated: June 13, 2008          FENWICK & WEST LLP

By:    /s/ *Virginia K. DeMarchi*
       Virginia K. DeMarchi

Attorneys for Defendant
NETFLIX, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from Jean-Marc Zimmerman, counsel for plaintiff Refined Recommendation Corporation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June, 2008 in Mountain View, California.

                                                                                      */s/ Virginia K. DeMarchi*
                                                                                       Virginia K. DeMarchi