IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REFINED RECOMMENDATION CORP.,

    Plaintiff,                           No. C 08-01081 JSW

  v.                                  **ORDER OF REFERRAL**

NETFLIX INC.,

    Defendant.
_____/

      Pursuant to Northern District Local Rule 72-1, this matter is referred to a randomly assigned Magistrate Judge for resolution of all discovery disputes.

      **IT IS SO ORDERED.**

Dated: June 16, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom