# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Refined Recommendation Corporation, | 08-01081 JSW ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Netflix, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Jack L. Slobodin**
424 Ridge Gate Road
Orinda, CA 94563
510-847-9986
jlslobodin@yahoo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-01081 JSW ENE                              - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: June 19, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-01081 JSW ENE                          - 2 -