LYNN H. PASAHOW (CSB NO. 054283)
lpasahow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
DARREN E. DONNELLY (CSB NO. 194335)
ddonnelly@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
LAUREN E. WHITTEMORE (CSB NO. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFINED RECOMMENDATION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No. 3:08-CV-01081 (JSW) (JCS)<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

Plaintiff Refined Recommendation Corporation ("RRC") and defendant Netflix, Inc. ("Netflix"), by and through their counsel, hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims by RRC against Netflix and all counterclaims by Netflix against RRC in the above-entitled action be dismissed with prejudice. Each party to this stipulation shall bear its own attorneys' fees, costs and expenses incurred in connection with the action.

///

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: September 24, 2008 | ZIMMERMAN, LEVI & KORSINSKY, L.L.P. |
|   | By: */s/Jean-Marc Zimmerman*<br>   Jean-Marc Zimmerman (pro hac vice) |
|   | Attorneys for Plaintiff<br>REFINED RECOMMENDATIONS CORPORATION |
| Dated: September 24, 2008 | FENWICK & WEST LLP |
|   | By: */s/Virginia K. DeMarchi*<br>   Virginia K. DeMarchi |
|   | Attorneys for Defendant<br>NETFLIX, INC. |

IT IS SO ORDERED.

Dated: September 24, 2008

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

STIPULATION FOR DISMISSAL
Case No. 3:08-CV-01081 (JSW) (JCS)

2

## ATTESTATION

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from Jean-Marc Zimmerman, counsel for plaintiff Refined Recommendations Corporation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of September, 2008 in Mountain View, California.

*/s/Virginia K. DeMarchi*
Virginia K. DeMarchi